```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


MICHAEL FRANKSTON,                  )
      Plaintiff,                    )    CIVIL ACTION NO.
                                    )    05-10495-DPW
         v.                         )
                                    )
BRACKETT B. DENNISTON, III, ET AL., )
      Defendants.                   )
```

ORDER OF RECUSAL
March 17, 2005


I hereby disqualify myself in this proceeding, pursuant to 28 U.S.C. § 455(a).


                            /s/ Douglas P. Woodlock
                            _____
                            DOUGLAS P. WOODLOCK
                            UNITED STATES DISTRICT JUDGE