UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL FRANKSTON,<br><br>        Plaintiff,<br><br>   v.<br><br>BRACKETT B. DENNISTON, III, and<br>DENNIS M. PERLUSS,<br><br>        Defendants. | Civil Action No. 05-10495-PBS |

## NOTICE OF FILING CERTIFIED COPIES OF STATE COURT PROCEEDINGS

      Pursuant to Local Rule 81.1, defendant Brackett B. Denniston, III, by his undersigned attorney, hereby files certified copies as set forth on Appendix A hereto of all records and proceedings and all docket entries in Commonwealth of Massachusetts Superior Court, Middlesex County, Civil Action No. 04-3697-J, which was removed to this Court on March 15, 2005.

      Respectfully submitted,

      BRACKETT B. DENNISTON, III,

      By his attorney,

      /s/ John Kenneth Felter
      John Kenneth Felter, P.C. (BBO #162540)
      GOODWIN PROCTER LLP
      Exchange Place
      Boston, MA 02109
      (617) 570-1211

Dated: March 29, 2005

**APPENDIX A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL FRANKSTON,<br><br>      Plaintiff,<br><br>  v.<br><br>BRACKETT B. DENNISTON, III, and<br>DENNIS M. PERLUSS,<br><br>      Defendants. | Civil Action No. 05-10495-PBS |

**NOTICE OF MANUAL FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1. Certified copies of all records and proceedings and all docket entries in Commonwealth of Massachusetts Superior Court, Middlesex County, Civil Action No. 04-3697-J.

The original documents are maintained in the case file in the Clerk's Office.

                                            Respectfully submitted,

                                            BRACKETT B. DENNISTON, III,

                                            By his attorney,

                                            /s/ John Kenneth Felter
                                            John Kenneth Felter, P.C. (BBO #162540)
                                            GOODWIN PROCTER LLP
                                            Exchange Place
                                            Boston, MA  02109
                                            (617) 570-1211

Dated:  March 29, 2005

LIBA/1521196.1