UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL FRANKSTON,                Plaintiff | ) ) ) | CIVIL ACTION NO. 05-10495-PBS |
| v. | ) ) | |
| BRACKETT B. DINNISTON, III, And DENNIS M. PERLUSS,            Defendants | ) ) ) | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Edward T. Hinchey of Sloane and Walsh, LLP on behalf of the defendant, Dennis M. Perluss, in the above referenced matter.

                                                  Respectfully submitted,
                                                  DENNIS M. PERLUSS,
                                                  By his attorneys,

                                                  /s/ Edward T. Hinchey
                                                  Edward T. Hinchey, BBO #235090
                                                  Sloane & Walsh, LLP
                                                  3 Center Plaza
                                                  Boston, MA  02108
                                                  (617) 523-6010

Dated:    March 29, 2005

## CERTIFICATE OF SERVICE

  I, Edward T. Hinchey, counsel for defendant, do hereby certify that on this March 29, 2005, I caused to be served a true copy of the foregoing document by mailing same, postage prepaid, first class mail, to:

Joshua Tropper, Esq.
Gambrell & Stolz, LLP
303 Peachtree Road, Suite 4300
Atlanta, GA 30308

                   Edward T. Hinchey

C:\DOCUME~1\patch\LOCALS~1\Temp\notesFFF692\Notice of Appearance (federal court) ETH 03-29-05.doc