UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL FRANKSTON, | ) | |
| Plaintiff | ) | CIVIL ACTION |
| | ) | NO. 05-10495-PBS |
| v. | ) | |
| | ) | |
| BRACKETT B. DINNISTON, III, | ) | |
| And DENNIS M. PERLUSS, | ) | |
| Defendants | ) | |

NOTICE OF APPEARANCE

Kindly enter the appearance of Myles M. McDonough of Sloane and Walsh, LLP on behalf of the defendant, Dennis M. Perluss, in the above referenced matter.

                                             Respectfully submitted,
                                             DENNIS M. PERLUSS,
                                             By his attorneys,


                                             /s/ Myles W. McDonough
                                             Myles M. McDonough, BBO# 547211
                                             Sloane & Walsh, LLP
                                             3 Center Plaza
                                             Boston, MA  02108
                                             (617) 523-6010

Dated:    March 29, 2005

CERTIFICATE OF SERVICE

    I, Edward T. Hinchey, counsel for defendant, do hereby certify that on this March 29, 2005, I caused to be served a true copy of the foregoing document by mailing same, postage prepaid, first class mail, to:

Joshua Tropper, Esq.
Gambrell & Stolz, LLP
303 Peachtree Road, Suite 4300
Atlanta, GA 30308

                                                              Edward T. Hinchey

S:\FRANKSTON, MICHAEL V. PERLUSS, DENNIS -AI-740-9313-\Pleadings\Notice of Appearance (federal court) for MWM and ETH 03-29-05.doc