UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL FRANKSTON,

      Plaintiff,

  v.

BRACKETT B. DENNISTON, III, and
DENNIS M. PERLUSS,

      Defendants.

Civil Action No. 05-10495-PBS

**MOTION OF DEFENDANT BRACKETT B. DENNISTON, III TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**

    Defendant Brackett B. Denniston, III ("Denniston"), by his undersigned attorneys, hereby moves to extend the time within which he must answer or otherwise respond to the Amended Complaint to April 15, 2005. As grounds for the requested extension, Denniston states as follows:

    (1)    The current date by which Denniston must answer or otherwise respond to the Amended Complaint is March 31, 2005.

    (2)    The Amended Complaint alleges that defendants committed legal malpractice in connection with events that took place as many as sixteen years ago. Counsel for Denniston have been diligent in their efforts to investigate the allegations asserted in the Amended Complaint, that cover a period of approximately seven years, and to prepare Denniston's response to the Amended Complaint, but need a short extension of time to complete their investigation and to confer with Denniston and finalize the response.

    (3)    An extension to April 15, 2005 will not cause any hardship or prejudice to

LIBA/1522112.1

plaintiff.

(4) The response will be filed and served well in advance of the initial scheduling conference on May 11, 2005.

(5) Defendant Dennis M. Perluss has assented to this motion.

WHEREFORE, Denniston requests that this Court grant the instant motion and order that the time within which he must answer or otherwise respond to the Amended Complaint be extended to April 15, 2005.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned hereby certifies that he has attempted to confer with plaintiff's counsel to attempt in good faith to resolve or narrow the issues prior to the filing of this motion. As of the time of the filing of this motion, counsel have not been able to confer.

> Respectfully submitted,
>
> BRACKETT B. DENNISTON, III
>
> By his attorneys,
>
> /s/ John Kenneth Felter, P.C.
> John Kenneth Felter, P.C. (BBO #162540)
> William J. Connolly III (BBO #634845)
> Jeremy C. Millard (BBO #657448)
> GOODWIN PROCTER LLP
> Exchange Place
> Boston, MA  02109
> (617) 570-1211

Dated:  March 31, 2005