UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL FRANKSTON,<br><br>        Plaintiff,<br><br>   v.<br><br>BRACKETT B. DENNISTON, III, and<br>DENNIS M. PERLUSS,<br><br>        Defendants. | Civil Action No. 05-10495-PBS |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties hereto, subject to approval of the Court, that the time for Defendant Brackett B. Denniston, III to answer or otherwise respond to the Amended Complaint is extended to and including Friday, April 15, 2005.

Respectfully submitted,

| | |
|---|---|
| MICHAEL FRANKSTON | BRACKETT B. DENNISTON, III |
| By his attorneys, | By his attorneys, |
| /s/ Joshua Tropper | /s/ John Kenneth Felter |
| Joshua Tropper | John Kenneth Felter, P.C. (BBO #162540) |
| GAMBRELL & STOLZ, LLP | William J. Connolly III (BBO #634845) |
| 303 Peachtree Street | Jeremy C. Millard (BBO #657448) |
| Suite 4300 | GOODWIN PROCTER LLP |
| Atlanta, GA 30308 | Exchange Place |
| 414-577-6000 | Boston, MA 02109 |
| | (617) 570-1211 |

DENNIS M. PERLUSS

LIBA/1522206.1

By his attorneys,

    /s/ Edward T. Hinchey
Edward T. Hinchey
Myles W. McDonough
SLOANE & WALSH
Three Center Plaza
Boston, MA  02108
(617) 523-6010

Dated:  March 31, 2005


SO ORDERED this _____ day of April, 2005


_____
United States District Judge