UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL FRANKSTON, | ) | |
|     Plaintiff | ) | CIVIL ACTION |
| | ) | NO. 05-10495-PBS |
| v. | ) | |
| | ) | |
| BRACKETT B. DENNISTON, III, | ) | |
| And DENNIS M. PERLUSS, | ) | |
|     Defendants | ) | |

**ASSENTED TO MOTION OF THE DEFENDANT DENNIS M. PERLUSS TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**

Defendant Dennis M. Perluss ("Perluss"), by his undersigned attorneys, hereby moves to extend the time within which he must answer or otherwise respond to the Amended Complaint to April 15, 2005. As grounds for the requested extension, Perluss states as follows:

(1) The current date by which Perluss must answer or otherwise respond to the Amended Complaint is March 31, 2005

(2) The Amended Complaint alleged that the defendants committed legal malpractice in connection with events that took place as many as sixteen (16) years ago. Counsel for Perluss have been diligent in their efforts to investigate the allegations asserted in the Amended Complaint, but need a short extension of time to complete their investigation and to confer with Perluss and finalize the response.

(3) An extension to April 15, 2005 will not cause any hardship or prejudice to the plaintiff.

(4) The response will be filed and served well in advance of the initial scheduling conference on May 11, 2005.

(5)    Defendant Bracket B. Denniston, III has assented to this motion.

(6)    Plaintiff Michael Frankston has assented to this motion.

WHEREFORE, Perluss requests that this Court grant the instant motion and order that the time within which he must answer or otherwise respond to the Amended Complaint be extended to April 15, 2005.

### LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned hereby certifies that he has attempted to confer with plaintiff's counsel to attempt in good faith to resolve or narrow the issues prior to filing this motion. As of the time of the filing of this motion, counsel have conferred and plaintiff has assented to the within motion.

Defendant,
Dennis M. Perluss,
By his attorneys,


/s/ Edward T. Hinchey
Edward T. Hinchey, BBO #235090
Myles W. McDonough, BBO #547211
SLOANE AND WALSH, LLP
Three Center Plaza
Boston, MA  02108
(617) 523-6010

S:\FRANKSTON, MICHAEL V. PERLUSS, DENNIS -AI-740-9313-\Pleadings\Motion To Extend Time To Respond.doc