UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL FRANKSTON, | ) | |
|     Plaintiff | ) | CIVIL ACTION |
| | ) | NO. 05-10495-PBS |
| v. | ) | |
| | ) | |
| BRACKETT B. DINNISTON, III, | ) | |
| And DENNIS M. PERLUSS, | ) | |
|     Defendants | ) | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties hereto, subject to approval of the Court, that the time for Defendant Dennis M. Perluss to answer or otherwise respond to the Amended Complaint is extended to and including Friday, April 15, 2005.

Respectfully submitted,

DENNIS M. PERLUSS,
By his attorneys,

/s/ Edward T. Hinchey_____
Edward T. Hinchey, BBO #235090
Myles W. McDonough, BBO #547211
Sloane & Walsh, LLP
3 Center Plaza
Boston, MA  02108
(617) 523-6010

        MICHAEL FRANKSTON
        By his attorneys,


        /s/ Joshua Trooper_____
        Joshua Trooper
        GAMBRELL & STOLZ, LLP
        303 Peachtree Street
        Suite 4300
        Atlanta, GA 30308
        417-577-6000


        BRACKETT B. DENNISTON, III
        By his attorneys


        /s/ John Kenneth Felter_____
        John Kenneth Felter, BBO #162540
        William J. Connolly III, BBO # 634845
        Jeremy C. Millard, BBO #657448
        GOODWIN PROCTOR, LLP
        Exchange Place
        Boston, MA 02109
        617-570-1211

Dated: April 4, 2005


SO ORDERED this _____ day of April, 2005


_____
United States District Court Judge

S:\FRANKSTON, MICHAEL V. PERLUSS, DENNIS -AI-740-9313-\Pleadings\Stipulation and Order for Extension of Time.doc