UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL FRANKSTON,

    Plaintiff,

v.

BRACKETT B. DENNISTON, III, and
DENNIS M. PERLUSS,

    Defendants.

Civil Action No. 05-10495-PBS

## NOTICE OF FILING CERTIFIED COPIES OF STATE COURT PROCEEDINGS

Pursuant to Local Rule 81.1, defendant Brackett B. Denniston, III, by his undersigned attorney, hereby files certified copies as set forth on Appendix A hereto of all records and proceedings and all docket entries in Commonwealth of Massachusetts Superior Court, Middlesex County, Civil Action No. 04-3697-J, which was removed to this Court on March 15, 2005.

Respectfully submitted,

BRACKETT B. DENNISTON, III,

By his attorney,

/s/ John Kenneth Felter
John Kenneth Felter, P.C. (BBO #162540)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1211

Dated: March 29, 2005

LIBA/1521194.1