UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
MICHAEL FRANKSTON,             )
          Plaintiff,           )
     v.                        ) CIVIL ACTION NO. 05-10495-PBS
                               )
BRACKETT B. DENNISTON, III,    )
and DENNIS M. PERLUSS,         )
          Defendants.          )
_____)
```

**ORDER OF RECUSAL**

April 5, 2005

Saris, U.S.D.J.

    Pursuant to 28 U.S.C. § 455, I inform the parties that I recuse myself because I know Mr. Denniston.

                                                 **S/PATTI B. SARIS**
                                                 United States District Judge