UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL FRANKSTON, | ) | |
|     Plaintiff | ) | CIVIL ACTION |
| | ) | NO. 05-10495-PBS |
| v. | ) | |
| | ) | |
| BRACKETT B. DENNISTON, III, | ) | |
| And DENNIS M. PERLUSS, | ) | |
|     Defendants | ) | |

## NOTICE OF CO-DEFENDANT DENNIS M. PERLUSS' CONSENT TO REMOVAL

    Now comes the defendant Dennis M. Perluss to confirm that he consented to defendant Brackett B. Denniston, III's Notice of Removal of this action to the United States District Court for the District of Massachusetts filed on March 15, 2005, as specifically referenced in paragraph 5 of the Notice of Removal.

    Defendant,

    Dennis M. Perluss,
    By his attorneys,


    /s/ Myles W. McDonough
    Edward T. Hinchey, BBO #235090
    Myles W. McDonough, BBO #547211
    SLOANE AND WALSH, LLP
    Three Center Plaza
    Boston, MA 02108
    (617) 523-6010

Dated: April 14, 2005

CERTIFICATE OF SERVICE

      I, Myles W. McDonough, counsel for defendant, do hereby certify that on this __ day of April, 2005, I caused to be served a true copy of the foregoing upon the parties by regular mail, post paid, to their counsel of record:

Joshua Tropper, Esq.
GAMBRELL & STOLZ, LLP
303 Peachtree Road, Suite 4300
Atlanta, GA 30308

John Kenneth Felter, Esq.
William J. Connolly, Esq.
Jeremy C. Millard, Esq.
GOODWIN PROCTOR, LLP
Exchange Place
Boston, MA  02109

                                                  /s/ Myles W. McDonough
                                                  Myles W. McDonough

S:\FRANKSTON, MICHAEL V. PERLUSS, DENNIS -AI-740-9313-\Pleadings\Notice Consent Removal.doc