UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL FRANKSTON, | ) | |
|     Plaintiff | ) | CIVIL ACTION |
| | ) | NO. 05-10495-REK |
| v. | ) | |
| | ) | |
| BRACKETT B. DENNISTON, III, | ) | |
| And DENNIS M. PERLUSS, | ) | |
|     Defendants | ) | |

## MOTION OF DEFENDANT PERLUSS TO DISMISS FOR FAILURE TO STATE A CLAIM AND LOCAL RULE 7.1 CERTIFICATION

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Dennis M. Perluss ("Perluss") moves for dismissal. As grounds in support, Perluss states that the plaintiff's claim against him is barred as a matter of law under the applicable statute of limitations in light of the specific allegations on the face of the amended complaint.

Perluss also relies upon the accompanying memorandum of law submitted in support of this motion and the materials appended thereto.

### CERTIFICATION OF THE DEFENDANT DENNIS PERLUSS

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for defendant Dennis Perluss hereby certifies that counsel have conferred in good faith in an attempt to resolve or narrow the issue presented in this motion to dismiss and have been unable to resolve the issue presented in the motion.

        Defendant,
        Dennis M. Perluss,
        By his attorneys,


        /s/ Myles W. McDonough
        Edward T. Hinchey, BBO #235090
        Myles W. McDonough, BBO #547211
        SLOANE AND WALSH, LLP
        Three Center Plaza
        Boston, MA  02108
        (617) 523-6010

Dated:_____

## CERTIFICATE OF SERVICE

I, Myles W. McDonough, counsel for defendant, do hereby certify that on this 15th day of April, 2005, I caused to be served a true copy of the foregoing upon the parties by regular mail, post paid, to their counsel of record:

Joshua Tropper, Esq.
GAMBRELL & STOLZ, LLP
303 Peachtree Road, Suite 4300
Atlanta, GA 30308

John Kenneth Felter, Esq.
William J. Connolly, Esq.
Jeremy C. Millard, Esq.
GOODWIN PROCTOR, LLP
Exchange Place
Boston, MA  02109


        _____
        Myles W. McDonough