UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL FRANKSTON, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) 05-10495-REK |
| v. | ) |
| | ) |
| BRACKETT B. DENNISTON, III, | ) |
| And DENNIS M. PERLUSS, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR LEAVE FOR JOSHUA TROPPER TO APPEAR AND PRACTICE**
***PRO HAC VICE* AS PLAINTIFF'S COUNSEL**

COMES NOW Joshua Tropper, counsel of record for Plaintiff Michael Frankston in this action prior to removal to this Court, and, pursuant to L.R. 83.5.3(b), files this Motion for Leave for Joshua Tropper to Appear and Practice *Pro Hac Vice* as Plaintiff's Counsel in this action, while his application for regular admission to the Bar of this Court is pending  Mr. Tropper's certificate of qualification is attached.  This motion is sponsored by Ronald M. Davids, Esq., of Davids & Schlesinger, L.L.P., as an accommodation and not as an appearance.

DATED: April 29, 2005

Respectfully submitted,

Joshua Tropper
Monarch Plaza, Suite 1600
3414 Peachtree Road
Atlanta, GA 30326
(404) 577-6000
BBO# 652921

SPONSORING ATTORNEY:

Ronald M. Davids
40 Washington Street, Suite 250
Wellesley, MA 02481
(781) 416-5055
BBO# 115110

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on April 29th, 2005.

_____
Ronald M. Davids (BBO No.: 115110)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL FRANKSTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRACKETT B. DENNISTON, III, )<br>And DENNIS M. PERLUSS, )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION NO.<br>05-10495-REK |

## **CERTIFICATE OF JOSHUA TROPPER**

I, Joshua Tropper, hereby certify:

1.  I am a member in good standing in every jurisdiction where I am admitted to practice.

2.  I have no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.  I have been admitted to appear before the courts of the States of New York (February 1980), California (January 1984), Georgia (October 1998) and Massachusetts (September 2002); the United States District Courts for the Southern District of New York (March 1980), Eastern District of New York (March 1980), Northern District of New York (admitted at some point between 1980 and 1983), Northern District of California (July 1983), Southern District of California (August 1984), Eastern District of Wisconsin (August 1987), Central District of California (November 1988), and Northern District of Georgia (October 1999); the United States Courts of Appeal for the Ninth

Circuit (August 1983) and Eleventh Circuit (April 2004); and the United States Supreme Court (July 1986).

DATED: April 29, 2005

_____
Joshua Tropper
Monarch Plaza, Suite 1600
3414 Peachtree Road
Atlanta, GA 30326
(404) 577-6000
BBO# 652921