UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL FRANKSTON,                    )
                Plaintiff          )          CIVIL ACTION
                              )          NO. 05-10495-JK
v.                                    )
                              )
BRACKETT B. DENNISTON, III,           )
And DENNIS M. PERLUSS,                )
                Defendants        )

**DEFENDANT, DENNIS M. PERLUSS',
INITIAL DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF
CIVIL PROCEDURE 26(a)(1) AND LOCAL RULE 26.2(A)**

Now comes the defendant, Dennis M. Perluss, pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Rule 26.2(A) and hereby submits this Initial Disclosure Statement:

A.     Identity of Individuals Likely to Have Discoverable Information:

The following individuals are likely to have discoverable information relevant to the claims and defenses in this action.

    1.     Honorable Dennis Perluss
          932 Malcolm Avenue
          Los Angeles, California

Judge Perluss is a former attorney of the plaintiff Michael Frankston and is a named defendant in this action.  Judge Perluss has knowledge and information concerning the attorney-client relationship between the plaintiff and himself and the matter as to which the plaintiff directs the allegations set forth in the plaintiff's Complaint.

    2.     Michael Frankston
          170 Tower Road
          Lincoln, Massachusetts

Mr. Frankston is the named plaintiff in this action.  Mr. Frankston has knowledge and information concerning the relationship between Judge Perluss and himself and the matter as to which he directs the allegations set forth in his Complaint.

    3.     Brackett B. Denniston, III
          Fairfield, Connecticut

Mr. Denniston is a former attorney of the plaintiff Michael Frankston and is a named defendant in this action.  Mr. Denniston has knowledge and information concerning the matter as to which the plaintiff directs the allegations set forth in the plaintiff's Complaint.

4.      William O. Stein, Esquire
        Epstein, Becker & Green
        1875 Century Park E #500
        Los Angeles, CA  90067-2506

Mr. Stein was formerly an associate of Judge Perluss.  Mr. Stein may have knowledge and information concerning the matter as to which the plaintiff directs the allegations set forth in the plaintiff's Complaint.

The defendant, Dennis Perluss, reserves the right to supplement this list after completion of discovery.

B.      <u>Documents in the Defendant, Dennis Perluss' Custody or Control That May Be Used to Support His Claims or Defenses:</u>

Defendant, Dennis Perluss, does not possess any documents relating to his relationship with the plaintiff.

C.      <u>Computation of Damages</u>

Not applicable.

D.      <u>Insurance Agreement</u>

A copy of the insurance policy is attached.

The Defendant reserves the right to supplement these disclosures.

Respectfully submitted

Defendant,

Dennis M. Perluss,
By his attorneys,

/s/ Myles W. McDonough
Edward T. Hinchey, BBO #235090
Myles W. McDonough, BBO #547211
SLOANE AND WALSH, LLP
Three Center Plaza
Boston, MA  02108
(617) 523-6010

DATED:  May 11, 2005

S:\FRANKSTON, MICHAEL V. PERLUSS, DENNIS -AI-740-9313-\Pleadings\Automatic Disclosure II.doc