UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL FRANKSTON,<br><br>           Plaintiff,<br><br>     v.<br><br>BRACKETT B. DENNISTON, III and<br>DENNIS M. PERLUSS,<br><br>           Defendants. | Case No. 05-10495-REK |

## RULE 16.1(D)(3) CERTIFICATION

The undersigned counsel and defendant Brackett B. Denniston III ("Denniston") hereby certify that counsel and Denniston have conferred (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DATED: May 24, 2005                                         DATED: May 24, 2005


_/s/ Brackett B. Denniston, III____           __/s/ John Kenneth Felter, P.C.____
Brackett B. Denniston, III                             John Kenneth Felter, P.C. (BBO #162540)
                                                                       GOODWIN PROCTER LLP
                                                                       Exchange Place
                                                                       Boston, MA 02109
                                                                       Phone: (617) 570-1000
                                                                       Fax: (617) 523-1231

                                                                       Attorney for Brackett B. Denniston, III

LIBA/1520417.1