UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10495-REK

| | |
|---|---|
| MICHAEL FRANKSTON, | ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) ) |
| BRACKETT B. DENNISTON, III, and DENNIS M. PERLUSS | ) ) ) |
| Defendants | ) ) |

## **CERTIFICATION WITH L.R. 16.1(D)(3)**

Defense counsel, and the defendant, Dennis M. Perluss, certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/ Myles W. McDonough
Myles W. McDonough (BBO# 547211)
Sloane and Walsh, LLP
Three Center Plaza
Boston, MA 02108
Telephone: 617-523-6010
Telecopier: 617-227-0927

/s/ Dennis M. Perluss
Dennis M. Perluss

S:\FRANKSTON, MICHAEL V. PERLUSS, DENNIS -AI-740-9313-\Pleadings\Local Rule 16.1 (D)(3) Certification.doc