UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL FRANKSTON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05-10495-REK |
| | ) | |
| BRACKETT B. DENNISTON, III, and | ) | |
| DENNIS M. PERLUSS | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## RULE 16.1(D)(3) CERTIFICATION

The undersigned counsel and plaintiff Michael Frankston hereby certify that counsel and plaintiff have conferred (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DATED: May 24, 2005                    DATED: May 24, 2005


/s/ Michael Frankston                  /s/ Joshua Tropper
Michael Frankston                      Joshua Tropper (BBO # 652921)
Plaintiff                              Gambrell & Stolz, LLP
                                       Monarch Plaza, Suite 1600
                                       3414 Peachtree Road
                                       Atlanta, GA 30326
                                       Phone:  (404) 577-6000
                                       Facsimile:  (404) 221-6501


                                       Attorneys for *Plaintiff Michael Frankston*