UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL FRANKSTON, | ) | |
|     Plaintiff | ) | CIVIL ACTION |
| | ) | NO. 05-10495-REK |
| v. | ) | |
| | ) | |
| BRACKETT B. DENNISTON, III, | ) | |
| And DENNIS M. PERLUSS, | ) | |
|     Defendants | ) | |

**DEFENDANT, DENNIS M. PERLUSS',**
**SUPPLEMENTAL INITIAL DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF**
**CIVIL PROCEDURE 26(a)(1) AND LOCAL RULE 26.2(A)**

Now comes the defendant, Dennis M. Perluss, pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Rule 26.2(A) and hereby submits this Supplemental Initial Disclosure Statement:

**A. Identity of Individuals Likely to Have Discoverable Information:**

Joshua Tropper, Esq.
Gambrell & Stolz, LLP
303 Peachtree Road, Suite 4300
Atlanta, GA 30308

Mr. Tropper is the attorney for the plaintiff Michael Frankston and commenced his representation of the plaintiff Michael Frankston after the plaintiff terminated the services of defendant Dennis Perluss. Mr. Tropper has knowledge and information concerning when the plaintiff knew or should have known of the defendants' alleged malpractice and the timing and circumstances of the plaintiff Michael Frankston's alleged harm.

David Mackey
Massachusetts Port Authority
One Harborside Drive, Suite 200S
East Boston, MA 02128

Mr. Mackey is likely to have discoverable information concerning Goodwin, Procter & Hoar's representation of Frankston.

Richard B. Floor
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109

Mr. Floor is likely to have discoverable information concerning Goodwin, Procter and Hoar's representation of Frankston.

Aura Systems, Inc. (and related entities including Anchor Growth Corp. and Innovative Information Systems)
Address Unknown

These entities are likely to have discoverable information concerning Plaintiff's relations with them, including discoverable information concerning the "stock pool" referred to in the plaintiff's Complaint.

Mr. Patrick J. Glenn, Mr. Neal Kaufman, Mr. Cipora Kurtzman, Mr. Zvi Kurtzman, & Mr. Arthur Schwartz
Addresses Unknown

These individuals are likely to have discoverable information concerning plaintiff Michael Frankston's relations with them, including discoverable information concerning the "stock pool" referred to in the plaintiff's Complaint.

The Defendant specifically reserves the right to supplement these disclosures.

Respectfully submitted

Defendant,

Dennis M. Perluss,
By his attorneys,

/s/ Myles W. McDonough
Edward T. Hinchey, BBO #235090
Myles W. McDonough, BBO #547211
SLOANE AND WALSH, LLP
Three Center Plaza
Boston, MA  02108
(617) 523-6010

Dated: May 25, 2005

S:\FRANKSTON, MICHAEL V. PERLUSS, DENNIS -AI-740-9313-\Pleadings\Supplemental Automatic Disclosure - COPY.doc