ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL FRANKSTON, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 05-10495-REK |
| v. ) | |
| ) | |
| BRACKETT B. DENNISTON, III, ) | |
| And DENNIS M. PERLUSS, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF CHANGE OF ADDRESS BY PLAINTIFF'S COUNSEL

PLEASE TAKE NOTICE, pursuant to L.R. 83.5.2(e), that the address of record for Joshua Tropper, Counsel for Plaintiff Michael Frankston, is now:

GAMBRELL & STOLZ, L.L.P.
Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E.
Atlanta, GA 30326
Phone: (404) 577-6000
Fax: (404) 221-6501

This _____ day of May, 2005.

Respectfully submitted,

GAMBRELL & STOLZ, L.L.P.

_____
Joshua Tropper
(Application for admission pending)
Monarch Plaza, Suite 1600
3414 Peachtree Road
Atlanta, GA 30326
(404) 577-6000
BBO# 652921

## CERTIFICATE OF SERVICE

I, JOSHUA TROPPER, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class U.S. Mail on May 5, 2005.

_____
Joshua Tropper (BBO # 652921)

DATED:    May 5, 2005