UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL FRANKSTON, ) | | |
|     Plaintiff ) | | CIVIL ACTION |
| ) | | NO. 05-10495-REK |
| v. ) | | |
| ) | | |
| BRACKETT B. DENNISTON, III, ) | | |
| And DENNIS M. PERLUSS, ) | | |
|     Defendants ) | | |

### DEFENDANT, DENNIS M. PERLUSS', MOTION FOR LEAVE TO FILE REPLY MEMORANDUM TO PLAINTIFF'S OPPOSITION TO DENNIS M. PERLUSS' MOTION TO DISMISS AND LOCAL RULE 7.1 CERTIFICATION

Defendant Dennis M. Perluss moves the Court for leave to a file a reply memorandum in support of his motion to dismiss as more particularly discussed in the memorandum in support of this motion submitted herewith.

### LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for defendant Dennis Perluss hereby certifies that counsel have conferred in good faith in an attempt to resolve or narrow the issues presented in this motion and have been unable to resolve the issues presented in the motion.

WHEREFORE, defendant Perluss requests that he be permitted to file the attached reply memorandum in support of his motion to dismiss.

                                              Defendant,
                                              Dennis M. Perluss,
                                              By his attorneys,


                                              /s/ Myles W. McDonough_____
                                              Edward T. Hinchey, BBO #235090
                                              Myles W. McDonough, BBO #547211
                                              SLOANE AND WALSH, LLP
                                              Three Center Plaza
                                              Boston, MA  02108

(617) 523-6010