UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL FRANKSTON, | ) | |
| Plaintiff | ) | CIVIL ACTION |
| | ) | NO. 05-10495-REK |
| v. | ) | |
| | ) | |
| BRACKETT B. DENNISTON, III, | ) | |
| And DENNIS M. PERLUSS, | ) | |
| Defendants | ) | |

DEFENDANT, DENNIS M. PERLUSS', MEMORANDUM IN SUPPORT OF
MOTION TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DENNIS M.
PERLUSS' MOTION TO DISMISS

In support of his motion for leave to file  a reply memorandum regarding his motion to dismiss, defendant Perluss states:

1.    The two-and-a-half page reply memorandum addresses assertions in the plaintiff's opposition which are grounded upon erroneous construction and application of both Massachusetts and California law with respect to the coalescence of actual harm and notice casts for accrual of claims of legal malpractice and triggering of the running of the statute of limitations;

2.    It would be in the interest of judicial economy for the Court to consider the brief arguments set forth therein; and

3.    No party would be unduly prejudiced by the filing of this brief reply memorandum.

WHEREFORE, Perluss requests that he be permitted to file the attached reply memorandum in support of his motion to dismiss.

Defendant,

Dennis M. Perluss,

By his attorneys,


/s/ Myles W. McDonough
Edward T. Hinchey, BBO #235090
Myles W. McDonough, BBO #547211
SLOANE AND WALSH, LLP
Three Center Plaza
Boston, MA  02108
(617) 523-6010