UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

_____

|  |  |  |
|---|---|---|
| MICHAEL FRANKSTON, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 05-10495-REK |
| BRACKETT B. DENNISTON, III, and | ) | |
| DENNIS M. PERLUSS, | ) | |
| Defendants | ) | |

**Procedural Order**
June 2, 2005


In consideration of the motion to remand (Docket No. 18), it has come to my

attention that the summons sent to defendant Dennis M. Perluss is not in the record.  It and

related documents are, however, referred to in an attached affidavit to Perluss' opposition to the

motion to remand.  (Docket No. 21, Exh. 2, ¶¶ 4–5)  In the interests of having all the relevant

documents before me, and in light of Perluss' reliance on these documents in opposing the motion

to remand, I order Perluss to file these documents with the Clerk by June 15, 2005.



_____/s/Robert E. Keeton_____
Robert E. Keeton
Senior United States District Judge