UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL FRANKSTON, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 05-10495-REK |
| v. ) | |
| ) | |
| BRACKETT B. DENNISTON, III, ) | |
| And DENNIS M. PERLUSS, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## PLAINTIFF'S INITIAL DISCLOSURES

### (A) Individuals Likely to Have Discoverable Information

1. Brackett B. Denniston, III
   20 Seabury Point Rd.
   Duxbury, MA  02332

   781-934-2801

Brackett B. Denniston, III, is likely to have discoverable information concerning the advice and instructions given to plaintiff by defendants and the basis for such advice and instructions.

2. Kenneth A. Cohen
   Exchange Place
   53 State Street
   Boston, MA 02109

   617-570-1270

Kenneth A. Cohen is likely to have discoverable information concerning the advice and instructions given to plaintiff by defendant Denniston, and the basis for such advice and instructions.

- 1 -

3.  Richard E. Floor
    599 Lexington Avenue
    New York, NY 10022

    212-813-8838

Richard E. Floor is likely to have discoverable information concerning the advice and instructions given to plaintiff by defendant Denniston, and the basis for such advice and instructions.

4.  Michael J. Frankston
    170 Tower Road
    Lincoln, MA 01773

    781-259-0036

Michael J. Frankston is likely to have discoverable information concerning the advice and instructions given to him by defendants, and the harm he suffered as a result of their advice and instructions.

5.  Kenneth Lakritz
    12 Dix St
    Winchester Ma  01890

    781-729-6874

Kenneth Lakritz is likely to have discoverable information concerning the information that came to plaintiff's attention in 1992 concerning potential claims in the underlying case.

6.  David S. Mackey
    One Harborside Drive, Suite 200S
    East Boston, MA  02128-2909

    617-428-2800

David S. Mackey is likely to have discoverable information concerning the advice and instructions given to plaintiff by defendants, and the basis for such advice and instructions.

7. Dennis M. Perluss
   932 Malcolm Avenue
   Los Angeles, CA 90024

   213-830-7000

Dennis M. Perluss is likely to have discoverable information concerning the advice and instructions given to plaintiff by defendants, and the basis for such advice and instructions.

8. Alan D. Rose
   29 Commonwealth Avenue
   Boston, Massachusetts 02116

   617-536-0040

Alan D. Rose is likely to have discoverable information concerning the information that came to plaintiff's attention in 1992 concerning potential claims in the underlying case.

9. Bruce A. Singal
   One Beacon Street
   Boston, MA 02108-3113

   617-720-5090

Bruce A. Singal is likely to have discoverable information concerning the information that came to plaintiff's attention in 1992 concerning potential claims in the underlying case.

10. Robert Wolkon
    One Beacon Street, Suite 1320
    Boston MA 02108

    617-523-8400

Robert Wolkon is likely to have discoverable information concerning the information that came to plaintiff's attention in 1992 concerning potential claims in the underlying case.

### (B) Documents

1. Communications between plaintiff and defendants concerning the stock pool.

2. Documents showing which claims were actually asserted by defendants and their disposition by the courts.

3. Documents showing the disposition of the stock pool claims.

4. Transcripts of testimony given to the S.E.C. in 1987 concerning the purchase of stock for the pool.

5. Documents filed with the S.E.C. by or for the pool members or their company in 1989-1992.

6. Communications between defendants concerning the stock pool, to the extent such documents have been provided to plaintiff.

7. All pool accountings given to plaintiff by other pool members.

8. Aura Systems, Inc., numerical list of issued share certificates.

9. Documents produced by defendants in the collection action pertaining to the stock pool.

10. Communications between plaintiff and Interwest Transfer Company, Inc.

### (C) Damages

1. Judgment for $1,577,431.50, entered August 1, 2000, plus interest from that date ($2,339,856.73 as of June 1, 2005).

2. Judgment for $88,193.55 in costs, entered December 1, 2000, plus interest from that date ($127,880.65 as of June 1, 2005).

3. Judgment for $35,000.00 in discovery sanctions, entered March 28, 2001, plus interest from that date ($49,621.69 as of June 1, 2005).

4. Plaintiff's attorneys' fees in the underlying action, in the amount of $553,023.30, plus interest from January 7, 2004 ($630,547.57 as of June 1, 2005).

5.Judgment for $75,983.70 for costs, entered July 15, 2004, plus interest from that date ($82,666.10 as of June 1, 2005).

6.Plaintiff's costs on appeal, plus interest from July 15, 2004 (amount not yet determined).

7.Plaintiff's fees and costs incurred in ongoing mitigation efforts (amount not yet determinable).

DATED:June 3, 2005

Respectfully submitted,

MICHAEL FRANKSTON

By his attorneys,


    s/Joshua Tropper
Joshua Tropper (BBO # 652921)
GAMBRELL & STOLZ, L.L.P.
Monarch Plaza, Suite 1600
3414 Peachtree Road
Atlanta, GA 30326
(404) 577-6000