UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
OFFICE
2005 JUN -8 A 11:35
U.S. DISTRICT COURT
DISTRICT OF MASS.

MICHAEL FRANKSTON,
Plaintiff

v.

BRACKETT B. DENNISTON, III,
And DENNIS M. PERLUSS,
Defendants

CIVIL ACTION
NO. 05-10495-PBS

**AFFIDAVIT OF DENNIS M. PERLUSS**

I, Dennis M. Perluss, hereby depose and state as follows:

1. I am an attorney in good standing, licensed to practice in the State of California;
2. I currently reside at 932 Malcolm Avenue, Los Angeles, California;
3. I am currently Presiding Justice of the Court of Appeal of the State of California, Second Appellate District, Division Seven. My official court office is at 300 South Spring Street, Los Angeles, California;
4. I received by Express Mail the Summons attached hereto and marked as Exhibit A. This Summons was delivered to my home address as reflected on the Express Mail package attached as Exhibit B. This Summons is addressed to defendant Brackett B. Denniston, III.
5. I received by Express Mail the Summons attached hereto and marked as Exhibit C. This Summons was delivered to my office address as reflected on the Express Mail package attached as Exhibit D. This Summons is addressed to defendant Brackett B. Denniston, III.

6. I have never received a summons in this matter correctly addressed to Dennis M. Perluss.

Signed Under the Pains and Penalties of Perjury, this 31st day of March, 2005.

Dennis M. Perluss, Esquire

213 897 2429 P.02

FEB 17 2005

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT — CONTRACT — EQUITABLE RELIEF — OTHER

# COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss
[seal]

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT CIVIL ACTION
No. 04-3697

Michael Frankston, Plaintiff(s)

v.

Brackett B. Denniston, III and Dennis M. Perluss, Defendant(s)

## SUMMONS

To the above-named Defendant: Brackett B. Denniston, III

You are hereby summoned and required to serve upon Joshua Tropper, Gambrell & Stolz, LLP plaintiff's attorney, whose address is Monarch Plaza, Suite 1600, 3414 Peachtree Rd., Atlanta, GA 30326, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Cambridge either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Cambridge

the ........ day of ........

........, in the year of our Lord ........ .

Edward J. Sullivan
Clerk

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

# PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ................................................................................ 20........., I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5)):

..........................................................................................................................................

..........................................................................................................................................

..........................................................................................................................................

..............................................................

Dated: ..........................................................................................................

**N.B. TO PROCESS SERVER:**
**PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

( ________________________________ )

( ..................................................., .......... )

( ________________________________ )

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX ........., ss.

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION
No. 04-3697

Michael Frankston ........................., Plff.

v.

Brackett B. Denniston, III and Dennis M. Perluss ........................., Deft.

SUMMONS
(Mass. R. Civ. P. 4)

RECIPIENT
The sender has requested notification upon delivery.
Immediately upon receipt, please telephone:
Name:
Tel. No.: ( )

DESTINATAF
El remitente
Por favor l
Nombre
Teléfon

...contra entrega.

U.S. POSTAGE
PAID
ATLANTA, GA
30355
FEB 16, 05
AMOUNT
$13.65
00049091-10

CO... ...NT LABEL HERE.
ADHIERA A... FRANQUEO O SU ETIQUETA DE CUENTA CORPORATIVA.
USO NACIONAL ÚNICAMENTE

EXPRESS MAIL
UNITED STATES POSTAL SERVICE
www.usps.com

*EL960794333US*

FEB 17 2005

Addressee Copy
Label 11-F June 2002

OMPLETE LA ETIQUETA En letra c

EXPRESS MAIL
UNITED STATES POSTAL SERVICE
Post Office To Addressee

ORIGIN (POSTAL USE ONLY)

| PO ZIP Code | Day of Delivery | Flat Rate Envelope |
|---|---|---|
| 30305 | ☐ Next ☒ Second | ☐ |
| Date In: Mo. 2 Day 16 Year 05 | ☐ 12 Noon ☐ 3 PM 2/18 | Postage $ 13.65 |
| Time In 1505 ☐ AM ☒ PM | Military ☐ 2nd Day ☐ 3rd Day | Return Receipt Fee |
| Weight lbs. 4 ozs. | Int'l Alpha Country Code | COD Fee / Insurance Fee |
| No Delivery ☐ Weekend ☐ Holiday | Acceptance Clerk Initials | Total Postage & Fees $ 13.65 |

DELIVERY (POSTAL USE ONLY)

| Delivery Attempt | Time | Employee Signature |
|---|---|---|
| Mo. Day | ☐ AM ☐ PM | |
| Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Date Mo. 2 Day 18 | Time 11:30 ☒ AM ☐ PM | Employee Signature |

☐ WAIVER OF SIGNATURE ... NO DELIVERY ☐ Weekend ☐ Holiday ... Customer Signature

CUSTOMER USE ONLY
METHOD OF PAYMENT:
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

FROM: (PLEASE PRINT) PHONE 404 577-6000

CAMPBELL & STOLZ LLP
3414 PEACHTREE RD NE STE 1600
ATLANTA GA 30326-1154

TO: (PLEASE PRINT) PHONE 213 830-7000

The Honorable Dennis M. Perluss
300 South Spring Street
Los Angeles, CA 90013

For ... cha del ... any ... go ... alquiler

PRESS HARD. You are making 4 copies. FOR PICKUP OR TRACKING CALL 1-800-222-1811 www.usps.com

EMS

This packaging is the property of the U.S. Postal Service and is provided solely for use in sending Express Mail. Misuse may be a violation of federal law.

Este embalaje es propiedad del Servicio Postal de los Estados Unidos y se proporciona sólo para el envió de correo Express. El maltrato intencional constituye infracciones del código penal federal.