UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL FRANKSTON,<br>    Plaintiff<br><br>    v.<br><br>BRACKETT B. DENNISTON, III, and<br>DENNIS M. PERLUSS,<br>    Defendants | CIVIL ACTION<br>NO. 05-10495-REK |

**Order of Remand**
June 23, 2005

For the reasons stated in the Memorandum and Order of this date, it is

ORDERED:

This case is remanded to the Massachusetts Superior Court.

Approved:                                                                       By the Court:


  /s/Robert E. Keeton                                              /s/Karen Folan
Robert E. Keeton                                                   Karen Folan, Deputy Clerk
Senior United States District Judge